# U.S. District Court

## California Southern - San Diego

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Apr 17, 2024 2:55PM

Thane Charman
2270 Boundary St
San Diego, CA 92104

Rcpt. No: 152838    Trans. Date: Apr 17, 2024 2:55PM    Cashier ID: #VM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #156 | 04/17/2024 | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 24-CV-0694-DMS-VET

**RECEIPT AMENDED** by staff #6491 4/17/2024 2:58 PM
**AMENDMENT VERIFIED** by staff #4052 4/17/2024 3:00 PM
**Correction Reason**: comment 94 not 97

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.