Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

FILED
MAY 1 3 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., D/B/A SNAPCHAT., a DELEWARE INCORPERATION;<br><br>Defendants, | Civil Case No.: 3:24-cv-00694-DMS-VET<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

To:    Defendants,

   Plaintiff, pursuant to Rule 41 of the Federal Rules of Civil Procedure, voluntarily dismisses these defendants from the above action, without prejudice, and files this notice of dismissal with the Clerk of the above-entitled court.

Dismissed defendants are, SNAP INC., D/B/A SNAPCHAT., a DELEWARE INCORPERATION;

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

This notice was filed on the date set forth below.

Dated: May 13, 2024                    respectfully submitted,

By: /S/ Thane Charman

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Thane Charman
Plaintiff, Pro SE

STIPULATION OF DISMISSAL WITHOUT PREJUDICE